# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ROMERO, ANGEL       ROMERO, SHAYNA  Debtor(s) | § Case No. 10-46210 § § § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 15, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        17,151.21

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]     $ | 17,151.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 05/12/2011 and the deadline for filing governmental claims was 05/12/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,465.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,465.12, for a total compensation of $2,465.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2011     By:/s/Ira Bodenstein
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-46210  
Case Name: ROMERO, ANGEL  
ROMERO, SHAYNA  
Period Ending: 06/13/11

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 10/15/10 (f)  
§341(a) Meeting Date: 12/03/10  
Claims Bar Date: 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5612 S. Meade, Chicago, IL 60638<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 209,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2300 Old Tavern, Lisle, IL 60523<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 39,900.00 | 0.00 | | 0.00 | FA |
| 3 | 1126 S. Richmond, Chicago, IL 60627<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | | 0.00 | FA |
| 4 | S35 T2 NR7E, Cisne, IL<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 5 | Chicago Patrolmans Credit Union<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 72.00 | 72.00 | | 0.00 | FA |
| 6 | Bank of America Checking<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Bank of America Checking for Richomond property<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; | 22.00 | 22.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-46210 | Trustee: | (330129) Ira Bodenstein |
| --- | --- | --- | --- |
| Case Name: | ROMERO, ANGEL | Filed (f) or Converted (c): | 10/15/10 (f) |
| | ROMERO, SHAYNA | §341(a) Meeting Date: | 12/03/10 |
| Period Ending: | 06/13/11 | Claims Bar Date: | 05/12/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | Original asset description: 2003 Saturn Vue 78,000 miles | | | | | |
| 8 | Fifth Third Bank Checking<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 40.00 | 40.00 | | 0.00 | FA |
| 9 | Bank of America Checking<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 44.00 | 44.00 | | 0.00 | FA |
| 10 | used household furniture and appliances<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11 | Used clothing<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-46210  
Case Name: ROMERO, ANGEL  
ROMERO, SHAYNA  
Period Ending: 06/13/11  

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 10/15/10 (f)  
§341(a) Meeting Date: 12/03/10  
Claims Bar Date: 05/12/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | miles | | | | | |
| 12 | Wedding Ring<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 750.00 | 750.00 | | 0.00 | FA |
| 13 | Term life insurance with Protective Life NO CASH<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | 457 B Deferred Comp City of Chiacgo<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 15 | Acorn Intc (ATV) 40 shares<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 148.20 | 148.20 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 06/13/11

**Trustee:** (330129)    Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 2010 Chevy Silverado 7673 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 20,500.00 | 0.00 | | 0.00 | FA |
| 17 | 1998 Ford Escort 112,000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 975.00 | 975.00 | | 0.00 | FA |
| 18 | 2003 Saturn Vue 78,000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000 | 3,825.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 Yamaha Bruin ATV<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 20 | TAX REFUNDS | 16,000.00 | 16,000.00 | | 17,151.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.21 | Unknown |
| 21 | Assets    Totals (Excluding unknown values) | $364,776.20 | $51,051.20 | | $17,151.21 | $0.00 |

Printed: 06/13/2011 01:21 PM    V.12.56

Exhibit A

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 06/13/11

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-46210 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | ROMERO, ANGEL | | Bank Name: | The Bank of New York Mellon |
| | ROMERO, SHAYNA | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***2784 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/13/11 | {20} | Angel D. and Shayna M. Romero | 2010 Tax Refund | 1124-000 | 17,151.00 | | 17,151.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,151.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,151.21 |
| | | | ACCOUNT TOTALS | | 17,151.21 | 0.00 | $17,151.21 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,151.21 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $17,151.21 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******16-65 | 17,151.21 | 0.00 | 17,151.21 |
| | $17,151.21 | $0.00 | $17,151.21 |

{} Asset reference(s)    Printed: 06/13/2011 01:21 PM   V.12.56

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-46210
Case Name: ROMERO, ANGEL
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 17,151.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,151.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,465.12 | 0.00 | 2,465.12 |

Total to be paid for chapter 7 administration expenses: $ 2,465.12
Remaining balance: $ 14,686.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,686.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,686.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $48,786.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,960.86 | 0.00 | 2,697.48 |
| 2 | American InfoSource LP as agent for | 6,401.48 | 0.00 | 1,927.03 |
| 3 | Sallie Mae Inc., on behalf of the | 14,823.26 | 0.00 | 4,462.24 |
| 4 | Chase Bank USA,N.A. | 2,270.40 | 0.00 | 683.46 |
| 5 | Sallie Mae | 7,122.90 | 0.00 | 2,144.20 |
| 6 | Capital Recovery IV LLC | 985.57 | 0.00 | 296.69 |
| 7 | Capital Recovery IV LLC | 894.69 | 0.00 | 269.33 |
| 8 | Capital Recovery IV LLC | 214.59 | 0.00 | 64.60 |
| 9 | FIA Card Services, NA Bank of America | 7,112.45 | 0.00 | 2,141.06 |

Total to be paid for timely general unsecured claims:  $   14,686.09
Remaining balance:  $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

UST Form 101-7-TFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**