UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: ROMERO, ANGEL § Case No. 10-46210
ROMERO, SHAYNA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street
7th Floor
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/16/2011 in Courtroom 744, United States Courthouse, 219 South Dearborn Street
Chicago, IL. 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/30/2011      By: Ira Bodenstein_____
                                   Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: ROMERO, ANGEL | § | Case No. 10-46210 |
| ROMERO, SHAYNA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,151.21 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 17,151.21 |
| **Balance on hand:** | $ 17,151.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,151.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,465.12 | 0.00 | 2,465.12 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,465.12 |
| Remaining balance: | $ 14,686.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 14,686.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $      14,686.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,786.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,960.86 | 0.00 | 2,697.48 |
| 2 | American InfoSource LP as agent for Citibank | 6,401.48 | 0.00 | 1,927.03 |
| 3 | Sallie Mae Inc., on behalf of the Dept of Ed. | 14,823.26 | 0.00 | 4,462.24 |
| 4 | Chase Bank USA,N.A. | 2,270.40 | 0.00 | 683.46 |
| 5 | Sallie Mae | 7,122.90 | 0.00 | 2,144.20 |
| 6 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 985.57 | 0.00 | 296.69 |
| 7 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 894.69 | 0.00 | 269.33 |
| 8 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 214.59 | 0.00 | 64.60 |
| 9 | FIA Card Services, NA Bank of America c/o Am Info Source | 7,112.45 | 0.00 | 2,141.06 |

Total to be paid for timely general unsecured claims:  $      14,686.09
Remaining balance:  $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Angel Romero
Shayna Romero
    Debtors

Case No. 10-46210-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: Jul 01, 2011
Form ID: pdf006     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2011.

```
db/jdb      +Angel Romero,   Shayna Romero,   5612 S. Meade,   Chicago, IL 60638-3504
aty         +Mohammed O Badwan,   Law Offices of Sulaiman & Associates,   900 Jorie Blvd Ste 150,
              Oak Brook, IL 60523-3810
16283067    +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
16283068    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16283069    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16993812    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Services,   P O Box 740933,
              Dallas, TX 75374-0933
16283071    +Citi Business,   Po Box 688901,   Des Moines, IA 50368-8901
16283073    +Dependon Collection Se (Original Cr,   Po Box 4833,   Oak Brook, IL 60522-4833
16283075   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45202)
16283081   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Carsn,   Po Box 15524,   Wilmington, DE 19850)
16283079    +Hsbc Mernards,   Po Box 4160,   Carol Stream, IL 60197-4160
16283080    +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
16283082    +Hsbc/Rs,   Pob 978,   Wood Dale, IL 60191-0978
16283085     Macysdsnb,   911 Duke Blvd,   Mason, OH 45040
16847920     Sallie Mae Inc., on behalf of the,   Department of Education,   P.O. Box 740351,
              Atlanta, GA 30374-0351
16283087    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16283088    +Wfnnb/Expres,   Po Box 182789,   Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +E-mail/Text: iratrustee@shawgussis.com Jul 02 2011 00:36:29     Ira Bodenstein,
              Shaw Gussis Fishman Glantz Wolfson &,   Towbin LLC,   321 N Clark Street Suite 800,
              Chicago, IL 60654-4766
16822223     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2011 01:24:59
              American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
17224419     E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16283070    +E-mail/Text: jpigott@patrolmensfcu.org Jul 02 2011 00:36:29     Chicago Patrolmans Fcu,
              1359 W Washington Blvd,   Chicago, IL 60607-1905
16820951     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2011 01:25:23     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16283074    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2011 01:25:23     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
17250853     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2011 01:24:59
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16283076     E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:16:24     Gemb/Amer Eagle,   Po Box 103024,
              Roswell, GA 30076
16283077    +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:16:24     Gemb/L & T,   Po Box 981432,
              El Paso, TX 79998-1432
16283078    +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:16:24     Gemb/Walmart,   Po Box 981400,
              El Paso, TX 79998-1400
16283084    +E-mail/PDF: cr-bankruptcy@kohls.com Jul 02 2011 01:16:50     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17024717    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 02 2011 01:26:23     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
16283086    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 02 2011 01:26:23     Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16283083     Internal Revenue Service
16283072   ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: corrinal              Page 2 of 2                Date Rcvd: Jul 01, 2011
                               Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2011**    **Signature:** _Joseph Speetjens_