## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ROMERO, ANGEL | § Case No. 10-46210 |
| ROMERO, SHAYNA | § |
|  | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $4,325.00 |
| Total Distribution to Claimants: $14,686.45 | Claims Discharged Without Payment: $64,797.75 |
| Total Expenses of Administration: $2,465.12 | |

3) Total gross receipts of $ 17,151.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,151.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $433,305.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,465.16 | 2,465.12 | 2,465.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,472.00 | 48,786.20 | 48,786.20 | 14,686.45 |
| **TOTAL DISBURSEMENTS** | $511,777.00 | $51,251.36 | $51,251.32 | $17,151.57 |

    4) This case was originally filed under Chapter 7 on October 15, 2010. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2011    By: /s/Ira Bodenstein
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 17,151.00 |
| Interest Income | 1270-000 | 0.57 |
| **TOTAL GROSS RECEIPTS** | | **$17,151.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ally Financial | 4110-000 | 28,406.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 238,126.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 77,886.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 88,887.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$433,305.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,465.16 | 2,465.12 | 2,465.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.72 | 31.72 | 31.72 |
| The Bank of New York Mellon | 2600-000 | N/A | -31.72 | -31.72 | -31.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,465.16 | 2,465.12 | 2,465.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,932.00 | 8,960.86 | 8,960.86 | 2,697.56 |
| 2 | American InfoSource LP as agent for Citibank | 7100-000 | 6,231.00 | 6,401.48 | 6,401.48 | 1,927.08 |
| 3 | Sallie Mae Inc., on behalf of the Dept of Ed. | 7100-000 | 14,522.00 | 14,823.26 | 14,823.26 | 4,462.35 |
| 4 | Chase Bank USA,N.A. | 7100-000 | 2,270.00 | 2,270.40 | 2,270.40 | 683.47 |
| 5 | Sallie Mae | 7100-000 | 7,071.00 | 7,122.90 | 7,122.90 | 2,144.26 |
| 6 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 7100-000 | 985.00 | 985.57 | 985.57 | 296.69 |

**UST Form 101-7-TDR (10/1/2010)**

|   | Claimant | Code | Amount | Allowed | | Paid |
|---|---|---|---|---|---|---|
| 7 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 7100-000 | 796.00 | 894.69 | 894.69 | 269.33 |
| 8 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | 7100-000 | 214.00 | 214.59 | 214.59 | 64.60 |
| 9 | FIA Card Services, NA Bank of America c/o Am Info | 7100-000 | 6,753.00 | 7,112.45 | 7,112.45 | 2,141.11 |
| NOTFILED | Hsbc Mernards | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business | 7100-000 | 16,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se (Original Cr | 7100-000 | 830.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bstby | 7100-000 | 1,657.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Carsn | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Expres | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 3,861.00 | N/A | N/A | 0.00 |
| NOTFILED | Macysdsnb | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Patrolmans Fcu | 7100-000 | 5,606.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 78,472.00 | 48,786.20 | 48,786.20 | 14,686.45 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 09/19/11

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   5612 S. Meade, Chicago, IL 60638<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 209,000.00 | 0.00 | | 0.00 | FA |
| 2   2300 Old Tavern, Lisle, IL 60523<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 39,900.00 | 0.00 | | 0.00 | FA |
| 3   1126 S. Richmond, Chicago, IL 60627<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | | 0.00 | FA |
| 4   S35 T2 NR7E, Cisne, IL<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 5   Chicago Patrolmans Credit Union<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 72.00 | 72.00 | | 0.00 | FA |
| 6   Bank of America Checking<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7   Bank of America Checking for Richomond property<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638 | 22.00 | 22.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 09/19/11  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | | | | | |
| 8 | Fifth Third Bank Checking<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 40.00 | 40.00 | | 0.00 | FA |
| 9 | Bank of America Checking<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 44.00 | 44.00 | | 0.00 | FA |
| 10 | used household furniture and appliances<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11 | Used clothing<br>Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; | 500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 09/19/11

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Original asset description: 2003 Saturn Vue 78,000 miles | | | | | |
| 12  Wedding Ring<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 750.00 | 750.00 | | 0.00 | FA |
| 13  Term life insurance with Protective Life NO CASH<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14  457 B Deferred Comp City of Chiacgo<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 15  Acorn Intc (ATV) 40 shares<br>    Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened 5/18/10 Last Active 8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 | 148.20 | 148.20 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 09/19/11

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | miles | | | | | |
| 16 | 2010 Chevy Silverado 7673 miles<br>　Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 20,500.00 | 0.00 | | 0.00 | FA |
| 17 | 1998 Ford Escort 112,000 miles<br>　Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 975.00 | 975.00 | | 0.00 | FA |
| 18 | 2003 Saturn Vue 78,000 miles<br>　Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000 | 3,825.00 | 0.00 | | 0.00 | FA |
| 19 | 2004 Yamaha Bruin ATV<br>　Orig. Asset Memo: Imported from Amended Doc#: 16; Original asset description: Opened  5/18/10  Last Active  8/05/10<br>5612 S. Meade<br>Chicago, IL 60638<br>Value $ 209000; Imported from Amended Doc#: 16; Original asset description: 2003 Saturn Vue 78,000 miles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 20 | TAX REFUNDS | 16,000.00 | 16,000.00 | | 17,151.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Period Ending:** 09/19/11

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/15/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 05/12/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.57 | FA |
| 21 | Assets  Totals (Excluding unknown values) | **$364,776.20** | **$51,051.20** | | **$17,151.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 1, 2011  **Current Projected Date Of Final Report (TFR):** June 30, 2011 (Actual)

Case 10-46210    Doc 46    Filed 09/27/11    Entered 09/27/11 07:54:35    Desc Main
Document    Page 11 of 13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-46210
**Case Name:** ROMERO, ANGEL
ROMERO, SHAYNA
**Taxpayer ID #:** **-***2784
**Period Ending:** 09/19/11

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******16-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/13/11 | {20} | Angel D. and Shayna M. Romero | 2010 Tax Refund | 1124-000 | 17,151.00 | | 17,151.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,151.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,151.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,151.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.14 | | 17,151.49 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.72 | 17,119.77 |
| 08/05/11 | | The Bank of New York Mellon | Service Fee Credit Adjustment | 2600-000 | | -31.72 | 17,151.49 |
| 08/18/11 | Int | The Bank of New York Mellon | Account Transfer/Final Distribution | 1270-000 | 0.08 | | 17,151.57 |
| 08/18/11 | | To Account #9200******1666 | Account Transfer/Final Distribution | 9999-000 | | 17,151.57 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,151.57 | 17,151.57 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,151.57 | |
| | | | Subtotal | | 17,151.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,151.57** | **$0.00** | |

{} Asset reference(s)

Printed: 09/19/2011 11:39 AM    V.12.57

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-46210  
**Case Name:** ROMERO, ANGEL  
ROMERO, SHAYNA  
**Taxpayer ID #:** **-***2784  
**Period Ending:** 09/19/11

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/11 | | From Account #9200******1665 | Account Transfer/Final Distribution | 9999-000 | 17,151.57 | | 17,151.57 |
| 08/22/11 | 101 | Ira Bodenstein | Dividend paid 100.00% on $2,465.12, Trustee Compensation; Reference: | 2100-000 | | 2,465.12 | 14,686.45 |
| 08/22/11 | 102 | Discover Bank | Dividend paid 30.10% on $8,960.86; Claim# 1; Filed: $8,960.86; Reference: XXXXXXXX1889 | 7100-000 | | 2,697.56 | 11,988.89 |
| 08/22/11 | 103 | American InfoSource LP as agent for Citibank | Dividend paid 30.10% on $6,401.48; Claim# 2; Filed: $6,401.48; Reference: XXXXXXXXXXXX9720 | 7100-000 | | 1,927.08 | 10,061.81 |
| 08/22/11 | 104 | Sallie Mae Inc., on behalf of the Dept of Ed. | Dividend paid 30.10% on $14,823.26; Claim# 3; Filed: $14,823.26; Reference: XXXXXXXXXXXXXXXXXX1023 | 7100-000 | | 4,462.35 | 5,599.46 |
| 08/22/11 | 105 | Chase Bank USA,N.A. | Dividend paid 30.10% on $2,270.40; Claim# 4; Filed: $2,270.40; Reference: XXXXXXXX9252 | 7100-000 | | 683.47 | 4,915.99 |
| 08/22/11 | 106 | Sallie Mae | Dividend paid 30.10% on $7,122.90; Claim# 5; Filed: $7,122.90; Reference: XXXXXXXXXXXXXXXXXX0430 | 7100-000 | | 2,144.26 | 2,771.73 |
| 08/22/11 | 107 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | Dividend paid 30.10% on $985.57; Claim# 6; Filed: $985.57; Reference: XXXXXX1417 | 7100-000 | | 296.69 | 2,475.04 |
| 08/22/11 | 108 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | Dividend paid 30.10% on $894.69; Claim# 7; Filed: $894.69; Reference: XXXXXXXX4015 | 7100-000 | | 269.33 | 2,205.71 |
| 08/22/11 | 109 | Capital Recovery IV LLC c/o Recovery Mngt Systems Corp | Dividend paid 30.10% on $214.59; Claim# 8; Filed: $214.59; Reference: XXXXXXXX1292 | 7100-000 | | 64.60 | 2,141.11 |
| 08/22/11 | 110 | FIA Card Services, NA Bank of America c/o Am Info Source | Dividend paid 30.10% on $7,112.45; Claim# 9; Filed: $7,112.45; Reference: 7809 | 7100-000 | | 2,141.11 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 17,151.57 | 17,151.57 | $0.00 |
| Less: Bank Transfers | 17,151.57 | 0.00 | |
| **Subtotal** | 0.00 | 17,151.57 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$17,151.57** | |

{} Asset reference(s)

Printed: 09/19/2011 11:39 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-46210
**Case Name:** ROMERO, ANGEL
ROMERO, SHAYNA
**Taxpayer ID #:** **-***2784
**Period Ending:** 09/19/11

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******16-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******16-65** | **17,151.57** | **0.00** | **0.00** |
| **Checking # 9200-******16-66** | **0.00** | **17,151.57** | **0.00** |
| | $17,151.57 | $17,151.57 | $0.00 |